[ECF No. 58]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ICONA OPPORTUNITY PARTNERS 1, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCCRIBING TO POLICY VPC-CN-0001842-01, et al.,<br><br>Defendants. | Civil No. 22-4140 (KMW)(EAP)<br><br>ORDER |

This matter comes before the Court by way of Plaintiff Icona Opportunity Partners 1, LLC's Motion, ECF No. 58, seeking a stay of proceedings in this matter pending a decision of the New Jersey Supreme Court. For the reasons stated in the accompanying Opinion of this date;

**IT IS** this **13th** day of **March 2023**;

**ORDERED** that Plaintiff's Motion to Stay, ECF No. 58, is **GRANTED**; and it is further

**ORDERED** that this action and all pending motions are **ADMINISTRATIVELY TERMINATED** pending the resolution of *AC Ocean Walk, LLC v. American Guarantee and Liability Insurance Company* before the New Jersey Supreme Court; and it is further

**ORDERED** that this Order shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that the parties shall submit a joint letter to the Court providing an update on this case within fourteen (14) days of the entry of the New Jersey Supreme Court's decision in *AC Ocean Walk, LLC*.

s/ Elizabeth A. Pascal<br>
ELIZABETH A. PASCAL<br>
United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.